Edward J. Rus et al., appellants, v. Grace M. Duncan et al., appellees. Gen. No. 34,149.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Heard in the second division of this court for the first district at the February term, 1930. ▮▮▮▮ Opinion filed June 30, 1930.

Robert H. Holmes, for appellants. Martin H. Finneran and Daniel A. Roberts, for appellees.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

The People of the State of Illinois ex rel. Laura Barton, appellee, v. Harry Koch, appellant. Gen. No. 34,171.

▮▮▮▮▮▮▮▮▮▮ Heard in the second division of this court for the first district at the February term, 1930. ▮▮▮▮ Opinion filed June 30, 1930. Rehearing denied July 11, 1930.

Louis H. Dembo, for appellant. John A. Swanson, State's Attorney, for appellee; Edw. E. Wilson and John Holman, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

John Manak and Martin Ondrus, trading as California Plating Works, appellees, v. Julius Oronowsky, trading as Ability Plating Works, appellant. Gen. No. 34,107.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Heard in the second division of this court for the first district at the February term, 1930. ▮▮▮▮ Opinion filed June 30, 1930.

Alex M. Golman, for appellant; Benjamin M. Washer, of counsel. Cohen, Tomas & Cohen, for appellees; Irwin H. Goldman, of counsel.

Mr. Justice Barnes delivered the opinion of the court.